# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00156(1)-ADA |
| | § | |
| (1) DIQUAN ANTHONY WOODS | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 14, 2025, wherein the defendant (1) DIQUAN ANTHONY WOODS waived appearance before this Court and appeared before United States Magistrate Judge Ronald C.Griffin for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DIQUAN ANTHONY WOODS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) DIQUAN ANTHONY WOODS' plea of guilty to Count One (1) is accepted.

Signed this 28th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE